IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTORIA E. KELLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:06-cv-1024-WC ) [wo] |
| MICHAEL J. ASTRUE Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered this date, it is

**ORDERED, ADJUDGED** and **DECREED** that:

1. The decision of the Commissioner of Social Security is **AFFIRMED**.

2. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Defendant, Commissioner of Social Security and against the Plaintiff, Victoria E. Kelly.

3. This action is dismissed with prejudice.

DONE this 10th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE